AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

| | |
|---|---|
| ALVAH HAGER and KATHY HAGER, | ) |
| *Plaintiffs* | ) |
| v. | ) |
| HUNTERS WATER DISTRICT, MICHAEL SCHWARTZ, ROBERT BUDWEG, and RONALD BIRCHER, | ) ) |
| *Defendants* | |

Civil Action No.   13-CV-0298-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other:   Defendants' Motion to Dismiss (ECF No. 12) is GRANTED.  This case is hereby DISMISSED with prejudice. Defendants' request for an award of attorney's fees and costs under 42 U.S.C. § 1988 is DENIED.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE _____ on Defendants' motion to dismiss.

Date:  April 9, 2014 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Linda L. Hansen _____

*(By) Deputy Clerk*

Linda L. Hansen _____